writ of certiorari to the Supreme Court of the State of Missouri denied. *Messrs. Thomas Hackney, Leslie A. Welch* and *Edward J. White* for petitioner. *Mr. Wm. S. Hogsett* for respondent.

No. 474. PEOPLES TRANSIT COMPANY *v.* GEORGE A. HENSHAW ET AL., RECEIVERS. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Warren K. Snyder* for petitioner. *Mr. John B. Dudley* for respondents.

No. 475. PERE MARQUETTE RAILROAD COMPANY *v.* FRANK FARRELLI. November 21, 1927. Petition for a writ of certiorari to the Appellate Court of the State of Illinois, First District, denied. *Mr. Sidney C. Murray* for petitioner. *Mr. Herbert H. Patterson* for respondent.

No. 476. ALFRED LEEB AND LOUIS NOVA, COPARTNERS, *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. E. Russell* and *Benjamin A. Levitt* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 477. OLD HONESTY OIL COMPANY *v.* CLARA B. SHULER. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Finis E. Riddle* for petitioner. *Mr. Randolph Shirk* for respondent.